UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-CV-81294-CANNON

**DONALD J. TRUMP**,

    Plaintiff,

v.

**UNITED STATES OF AMERICA**,

    Defendant.

_____/

## NOTICE OF APPEAL

Notice is hereby given that the United States of America, Defendant in the above-captioned matter, appeals to the United States Court of Appeals for the Eleventh Circuit from the order of the district court entered on September 5, 2022, Docket Entry 64.

Date: September 8, 2022                    Respectfully submitted,

    /s *Juan Antonio Gonzalez*
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY
Florida Bar No. 897388
99 NE 4th Street, 8th Floor
Miami, Fl 33132
Tel: 305-961-9001
Email: juan.antonio.gonzalez@usdoj.gov


MATTHEW G. OLSEN
Assistant Attorney General
National Security Division

    /s *Jay I. Bratt*
JAY I. BRATT
CHIEF
Counterintelligence and Export Control Section
National Security Division
950 Pennsylvania Avenue, NW
Washington, D.C. 20530
Illinois Bar No. 6187361
Tel: 202-233-0986
Email: jay.bratt2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 8, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                       *s/Juan Antonio Gonzalez*
                                       Juan Antonio Gonzalez
                                       United States Attorney