| 09/08/2022 | 74 | Notice of Interlocutory Appeal as to 64 Order by United States Of America. Filing fee $ 505.00. USA/FPD Filer - No Filing Fee Required. Within fourteen days of the filing date of a Notice of Appeal, the appellant must complete the Eleventh Circuit Transcript Order Form regardless of whether transcripts are being ordered [Pursuant to FRAP 10(b)]. For information go to our FLSD website under Transcript Information. (kpe) See DE 68 for image. Modified text on 9/9/2022 (kpe). (Entered: 09/09/2022) |