Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

*Please TYPE. Attach additional pages if necessary.*

11th Circuit Docket Number: 22-13005

| Caption: | |
|---|---|
| Donald J. Trump,<br>    Plaintiff-Appellee,<br><br>v.<br><br>United States of America,<br>    Defendant-Appellant. | District and Division: Southern District of Florida, West Palm Beach Division<br>Name of Judge: Judge Aileen M. Cannon<br>Nature of Suit: Equity/Fed. R. Crim. P. 41(g)<br>Date Complaint Filed: 8/22/2002<br>District Court Docket Number: 22-cv-81294<br>Date Notice of Appeal Filed: 9/8/2022<br>☐ Cross Appeal    ☐ Class Action<br>Has this matter previously been before this court?<br>☐ Yes   ☑ No<br>If Yes, provide<br>(a)   Caption: _____<br>(b)   Citation: _____<br>(c)   Docket Number: _____ |

| | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| For Appellant:<br>☐ Plaintiff<br>☑ Defendant<br>☐ Other (Specify) | Juan Antonio Gonzalez<br><br>Jay Bratt<br>et al. | 99 NE 4th St, Miami, FL<br><br>950 Penn. Ave. Washington, DC | 305-961-9001<br>juan.antonio.gonzalez@usdoj.gov<br><br>202-233-0986 |
| For Appellee:<br>☑ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | Christopher M. Kise<br><br>James M. Trusty | 201 E Park Ave. FL 5 Tallahassee, FL<br><br>1717 Penn. Ave. Ste 650, Washington, DC | 850-270-0566<br><br>202-524-4140 |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question<br>☐ Diversity<br>☐ US Plaintiff<br>☑ US Defendant | ☐ Final Judgment, 28 USC 1291<br>☑ Interlocutory Order, 28 USC 1292(a)(1)<br>☐ Interlocutory Order Certified, 28 USC 1292(b)<br>☐ Interlocutory Order, Qualified Immunity<br>☐ Final Agency Action (Review)<br>☐ 54(b) | ☐ Dismissal/Jurisdiction<br>☐ Default Judgment<br>☐ Summary Judgment<br>☐ Judgment/Bench Trial<br>☐ Judgment/Jury Verdict<br>☐ Judgment/Directed Verdict/NOV<br>☑ Injunction<br>☐ Other _____ | Amount Sought by Plaintiff:<br>$ N/A<br>Amount Sought by Defendant:<br>$ N/A<br>Awarded:<br>$ N/A<br>to _____<br>Injunctions:<br>☐ TRO<br>☑ Preliminary   ☑ Granted<br>☐ Permanent   ☐ Denied |

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression? ☑ Yes ☐ No
What is the issue you claim is one of First Impression? May a former President bar the government's review of records seized under a valid search warrant based on executive privilege?

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute? ☑ Yes ☐ No

If Yes, provide
(a) Case Name/Statute  Nixon v. Administrator of General Servs.; United States v. Nixon; Richey v. Smith
(b) Citation  433 U.S. 425 (1977); , 418 U.S. 683 (1974); , 515 F.2d 1239 (5th Cir. 1975)
(c) Docket Number if unreported _____

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
(a) Arises from substantially the same case or controversy as this appeal? ☑ Yes ☐ No
(b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal? ☐ Yes ☑ No

If Yes, provide
(a) Case Name  In re Sealed Search Warrant
(b) Citation  N/A
(c) Docket Number if unreported  22-mj-8332-BER
(d) Court or Agency  Southern District of Florida (this docket number relates to the issuance of the search warrant that prompted Plaintiff's civil action)

(4) Will this appeal involve a conflict of law
(a) Within the Eleventh Circuit? ☐ Yes ☑ No
(b) Among circuits? ☐ Yes ☑ No

If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

(1) Whether the district court erred by exercising jurisdiction over Plaintiff's motion seeking an injunction and appointment of a special master to review Plaintiff's potential claims of privilege, including executive privilege, as to records seized under a judicially authorized search warrant?
(2) Whether the district court erred by granting a preliminary injunction and appointing a special master to conduct the requested privilege review?

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS 26th DAY OF September, 2022.

Juan Antonio Gonzalez                    /s/ Juan Antonio Gonzalez
NAME OF COUNSEL (Print)                  SIGNATURE OF COUNSEL