IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 22-13005-DD
_____

DONALD J. TRUMP,

                                        Plaintiff - Appellee,

versus

UNITED STATES OF AMERICA,

                                        Defendant - Appellant.

_____

On Appeal from the United States
District Court for the Southern District of Florida
_____

ORDER:

Appellant's "Motion to Expedite Appeal" is granted. The Court directs the Clerk to expedite the appeal for merits disposition purposes.

Having consulted with the Chief Judge, the appeal will be assigned to a special merits panel from the classified appeals log randomly selected by the Clerk. That panel will decide when and how to hear oral argument.

The Court sets the following expedited briefing schedule, with no extensions allowed:

Appellant's initial brief is due on or before October 14, 2022.

Appellee's response brief is due on November 10, 2022.

Appellant's reply brief, if any, is due on November 17, 2022.

                                                           /s/ Adalberto Jordan
                                                           UNITED STATES CIRCUIT JUDGE