(ORDER LIST: 598 U.S.)

THURSDAY, OCTOBER 13, 2022

ORDER IN PENDING CASE

22A283　　TRUMP, DONALD J. V. UNITED STATES

The application to vacate the stay entered by the United States Court of Appeals for the Eleventh Circuit on September 21, 2022, presented to Justice Thomas and by him referred to the Court is denied.