IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 22-13005-DD

_____

DONALD J. TRUMP,

                                      Plaintiff - Appellee,

versus

UNITED STATES OF AMERICA,

                                      Defendant - Appellant.

_____

On Appeal from the United States
District Court for the Southern District of Florida

_____

ORDER:

    "Motion for Leave to File Brief as *Amici Curiae* in Support of Appellant United States of America," filed by former federal government officials, is GRANTED.

    "Motion of Jeremy Bates for Leave to File Brief as *Amicus Curiae* in Support of Appellant and Reversal" is GRANTED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT – BY DIRECTION