In the

# United States Court of Appeals

For the Eleventh Circuit

_____

No. 22-13005

_____

DONALD J. TRUMP,

                                        Plaintiff-Appellee,

versus

UNITED STATES OF AMERICA,

                                        Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 9:22-cv-81294-AMC

_____

JUDGMENT

2 22-13005

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: December 1, 2022

For the Court: DAVID J. SMITH, Clerk of Court