# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 20, 2023

Mark Marvin
135 MILLS RD
WALDEN, NY 12586

Appeal Number: 22-13005-DD
Case Style: Donald Trump v. USA
District Court Docket No: 9:22-cv-81294-AMC

Notice of receipt: "Please take judicial notice of plain error" as to Not Party Mark Marvin. NO ACTION WILL BE TAKEN as the filer is a non-party to the appeal and the mandate issued on December 8, 2022. This appeal is closed.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

MP-1